CHRISTOPHER J. CHRISTIE
United States Attorney
JOHN G. SILBERMANN, JR.
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-353-6094
Fax. 973-645-3210
email: JOHN.SILBERMANN@usdoj.gov
JGS1197
(FLU:KCPB)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,*<br><br>v.<br><br>HOWARD EPSTEIN, *Defendant,*<br><br>and<br><br>WASHINGTON MUTUAL BANK,<br>and its successors or assigns, *Garnishee.* | Hon. Susan D. Wigenton<br><br>Criminal No. 07-291<br><br>**APPLICATION AND ORDER FOR WRIT OF GARNISHMENT** |

The United States of America, plaintiff, makes this application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the defendant, Howard Epstein, social security number *******4475, whose last known address is Culver City, CA 90230 in the above cited action in the amount of $252,478.00, plus interest at the rate of 3.3% per annum and penalties.

The total balance due and owing as of April 22, 2008 is $531,715.27.

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from April 22, 2008, and debtor has failed to satisfy the debt.

The Garnishee is believed to have possession of property in which Howard Epstein has a substantial non-exempt interest. More specifically, the Garnishee is a financial institution which is believed to have in its custody, control, or possession, property belonging to the judgment debtor, Howard Epstein.

The name and address of the Garnishee or his authorized agent is:

> Washington Mutual Bank
> 1201 3rd Avenue
> Suite 1706
> Seattle, WA 98202

Based upon the foregoing, the United States respectfully requests the Court to enter an Order directing the Clerk of the United States District Court to issue a Writ of Garnishment.

CHRISTOPHER J. CHRISTIE
United States Attorney

By: *J Bynon AUSA, for*
JOHN G. SILBERMANN, JR.
Assistant U.S. Attorney

IT IS, on this _25th_ day of _April_, 2008,

ORDERED, that the Clerk of the Court shall issue the Writ of Garnishment.

_____
HON. SUSAN D. WIGENTON, JUDGE
UNITED STATES DISTRICT COURT