PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Howard Epstein    Cr.: 07-00291
                                    PACTS Number:

Name of Sentencing Judicial Officer: Susan Wigenton

Date of Original Sentence: 11/20/07

Original Offense: Conspiracy to Commit Mail Fraud (21:371 & 1341)

Original Sentence: 20 months imprisonment

Type of Supervision: 3 years supervised release    Date Supervision Commenced: 7/31/09

## PETITIONING THE COURT

[ ]  To extend the term of supervision for         Years, for a total term of         Years.
[X]  To modify the conditions of supervision as follows:

That the offender's monthly restitution payments shall be decreased to $25.00, and/or 10% of his gross monthly earnings. Additionally, he shall apply any monies received from income tax returns, lottery winnings, inheritance, judgments, as well as any anticipated or unexpected financial gain to the outstanding restitution obligation.

## CAUSE

The offender is disabled at this time and is unable to work. He is currently pending Social Security Disability.

Respectfully submitted,
By: Maurine Rush-Blossfeld
Senior U.S. Probation Officer
Date: 10/22/09

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

PROB 12B - Page 2
Howard Epstein

_____
Signature of Judicial Officer

_____
Nov. 2 2009
Date